

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00495-CR

Jesse **SALAZAR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR9428
Honorable Frank J. Castro, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's memorandum opinion of this date, the trial court's final judgment adjudicating guilt is AFFIRMED. Counsel's Motion to Withdraw is Granted.

SIGNED December 17, 2025.

_____
Irene Rios, Justice